04-313
USDC/RI
Judge Torres

# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 04-2508

VINCENT GAFFORD,

Plaintiff, Appellant,

v.

M. CANDACE PANSA, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

JUDGMENT

Entered: May 20, 2005

Insofar as Gafford alleges that defendants lacked sufficient grounds for terminating his lease, the proper venue for contesting the eviction would be state court. In any event, to state a RICO claim, a plaintiff must, inter alia, demonstrate continued criminal activity over a substantial period of time or a threat of repetition extending indefinitely into the future. United States v. Connolly, 341 F.3d 16, 29 (1st Cir. 2003). The only activity alleged in the complaint occurred over too short a period to sustain a RICO claim.

Affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Susan Pearson
**Deputy Clerk**

**Date:** 6-10-05

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Messrs: Gafford, Canning and Olenn]